UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEY FLEEKS,

    Plaintiff,

vs.

Case No. 08-CV-13135
HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## JUDGMENT

Pursuant to the court's order of even date granting defendant's motion for summary judgment and denying plaintiff's motion for summary judgment,

IT IS ORDERED AND ADJUDGED that judgment hereby is entered in favor of defendant Commissioner of Social Security and against plaintiff Ashley Fleeks. Plaintiff's claims are hereby DISMISSED with prejudice.

Dated at Detroit, Michigan, July 13, 2008.

DAVID J. WEAVER
CLERK OF THE COURT

BY: s/Marcia Beauchemin
DEPUTY COURT CLERK

---

CERTIFICATE OF SERVICE

Copies of this Judgment were served upon attorneys of record
on
July 13, 2009, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk